■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WARREN P. PREVORSE, Appellant. [932 NYS2d 757]—

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Scudder, P.J., Centra, Fahey, Peradotto and Lindley, JJ.